IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY K. LEE, #184 070, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:10-cv-716-TMH |
| | ) |
| | ) |
| LOUIS BOYD, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is ADOPTED. This case is DISMISSED without prejudice due to Plaintiff's failure to pay the requisite $350.00 filing fee upon the initiation of this cause of action.

A separate judgment shall issue.

Done this 21st day of September, 2010.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE